IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Avalos Guzman Sr, Jaime

Printed: 7/15/08

Case Number: 04 B 03754
Judge: Hollis, Pamela S
Filed: 4/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 21,600.00 |  |
| Secured: |  | 9,007.45 |
| Unsecured: |  | 11,360.51 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,145.21 |
| Other Funds: |  | 86.83 |
| Totals: | 21,600.00 | 21,600.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | WAMU | Secured | 0.00 | 0.00 |
| 2. | National Bank of Commerce | Secured | 0.00 | 0.00 |
| 3. | Chicago Municipal Employees CU | Secured | 10,435.72 | 9,007.45 |
| 4. | ECast Settlement Corp | Unsecured | 5,779.71 | 10,508.57 |
| 5. | Portfolio Recovery Associates | Unsecured | 468.57 | 851.94 |
| 6. | WFS Financial | Secured |  | No Claim Filed |
| 7. | WFS Financial | Unsecured |  | No Claim Filed |
| 8. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 9. | AT&T Universal Card | Unsecured |  | No Claim Filed |
| 10. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 11. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,684.00 | $ 20,367.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 325.00 |
| 4% | 80.00 |
| 3% | 30.00 |
| 5.5% | 247.49 |
| 5% | 75.01 |
| 4.8% | 144.00 |
| 5.4% | 243.71 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Avalos Guzman Sr, Jaime | Case Number:  04 B 03754 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  4/20/04 |

_____
$ 1,145.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

